IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20206
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN FRANCISCO ZUNIGA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-457-13
--------------------
November 16, 2001

Before JOLLY, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Andrew J. Williams, counsel appointed to represent Juan
Francisco Zuniga, has requested leave to withdraw as counsel and
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967).  Zuniga did not file a response to counsel's motion
to withdraw.  Our independent review of the brief and record
discloses no nonfrivolous issue.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  5th Cir.
R. 42.2.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.